UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.5:08-CR-III-BO
No.5:10-CV-78-BO

| | |
|---|---|
| RICARDO ARCE,<br>    Petitioner, | )<br>)<br>) |
| v. | )    **ORDER** |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>) |

Before the Court is Petitioner Ricardo Arce's Motion for Reconsideration [DE 70]. Petitioner's Motion requests reconsideration of this Court's Order of July 1, 2010, which dismissed Petitioner's collateral proceeding under 28 U.S.C. § 2255. *See* Order, *United States v. Ricardo Arce*, No. 5:08-CR-111-BO-1 dkt. 60 (E.D.N.C. Jul. 1, 2010) (denying Petitioner's motion to vacate and granting Respondent's motion to dismiss). On January 19, 2011, the Fourth Circuit Court of Appeals affirmed this Court's dismissal of Petitioner's 2255 motion [DE 67]. Accordingly, any further review of Petitioner's 2255 motion by this Court is improper.

Petitioner's Motion for Reconsideration is DENIED AS MOOT.

DONE AND ORDERED, in chambers, this __22__ day of May, 2011.

*[signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE